*Law Offices of*
*Susan G. Kellman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-8200
Telefax: (718) 783-8226

e-mail: kellmanesq@aol.com

*Fellow, American College*
*Of Trial Lawyers*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 1 - 2011 ★

BROOKLYN OFFICE

August 30, 2011

**BY ECF and REGULAR MAIL**
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Granted.*
*So ordered.*
/s/(ARR)
8/30/11

Re: U.S. v. Larry Carr
11 Cr. 454 (ARR)

cc: Courtesy
PTSO Rodriguez

Dear Judge Ross:

On August 29, 2011, the Court revoked, without prejudice to renew, its earlier approval of Mr. Carr's bail modification request regarding travel to South Carolina in connection with his work, since the same had not been approved by PreTrial Services.

With the help of the PreTrial Service professionals, specifically Andrew Prozeller and Erin Rodriguez, in the EDNY, I believe that the "snags" in Mr. Carr's supervision have been remedied. Owing to some confusion regarding supervision by PTS in Georgia, including but not limited to the fact that the nearest PreTrial Office that can supervise Mr. Carr is more than a two hour drive from his home, Ms. Rodriguez has agreed to supervise Mr. Carr with telephone reporting, three times per week. Additionally, Ms. Rodriguez has been provided with Mr. Carr's contact information, including his cell phone.

Ms. Rodriguez has informed counsel that with a system of telephone reporting in place, she has no objection to Mr. Carr working in South Carolina at the carnival that is scheduled to run from September 18, 2011 through the end

of the month. The additional time on either end of this modification request is necessary to set up and dismantle the carnival. As stated in our letter of August 26, 2011, government counsel has no objection to this request for a modification of Mr. Carr's bail as outlined herein.

Accordingly, counsel renews the previous application to modify Mr. Carr's bail and permit him to travel to and work in South Carolina, from September 1, 2011 through October 15, 2011.

The Court's attention to this matter is appreciated.

Respectfully submitted,

Susan G. Kellman

cc:   Lan Nguyen, Esq.
      Asst. United States Atty.

      Erin Rodriguez,
      PreTrial Services

      Larry Carr

*Law Offices of*
*Susan G. Kellman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-8200
Telefax: (718) 783-8226

Fellow American College
Of Trial Lawyers

e-mail: kellmanesq@aol.com

## FACSIMILE COVER SHEET

**DATE:** 8/30/11

**TO:** Hon: Allyne R. Ross

**FAX No.:** 718 613 2386

**FROM:** Susan Kellman

**RE:** U.S. v. Larry Carr

No. Pages (Including Cover Sheet) 3p.

**Message:**

If any portion of this transmission is illegible, please call Zora Beach, at (718) 783-8200.

**PLEASE NOTE:** This message is intended solely for the use of the individual or entity names above and may include confidential legal communications. Please deliver it immediately to the addressee(s) without copying or reading it. Thank you.