

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

RB:CP/LXN
F.#2009R01981

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 3, 2012

By ECF and By Hand

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>  Re:  United States v. Lawrence Carr
>       Criminal Docket No. 11-454 (ARR)

Dear Judge Ross:

The government writes in connection with the defendant's December 28, 2011 letter seeking a mental status evaluation.  The trial in this case is scheduled to begin on March 26, 2012.  In light of the defendant's request, the government respectfully seeks an adjournment of the trial date, and asks that a status conference be scheduled once the issue of the defendant's mental status has been resolved.

The government has conferred with defense counsel, who has no objection.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney


                                 By:    ___/s/_____
                                        Carolyn Pokorny/Lan Nguyen
                                        Assistant U.S. Attorney
                                        (718) 254-6291/6162

cc:  Susan Kellman, Esq. (by Email)