*Law Offices of*
*Susan G. Kellman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-8200
Telefax: (718) 783-8226

*Fellow, American College*
*Of Trial Lawyers*

e-mail: kellmanesq@aol.com

January 6, 2012

**By Facsimile: (718) 616-2386**
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted. /s/(ARR),
So ordered.
1/6/12

Re:  U.S. v. Larry Carr
     11 Cr. 454 (ARR)

Dear Judge Ross:

Just a few minutes ago I confirmed via telephone with my client Larry Carr, informing counsel that his mother had passed away and that the family had scheduled her wake/viewing during the week of January 8, 2012, in Florida, where she resided, and her burial in Massachusetts, where her husband is buried, on Sunday, January 15, 2012. Mr. Carr has requested permission to travel from the state of Georgia to these venues to attend to these family matters.

I have discussed his request with PTS Officer Erin Rodriguez and AUSA Lan Nguyen and neither has an objection to his travel. I have told Mr. Carr that should Your Honor grant his request to travel, that he would be required to keep in telephone contact with PTS Officer Rodriguez during this period of time.

Accordingly, counsel respectfully requests that Your Honor modify Mr. Carr's bail conditions to permit him to travel to Florida and then on to Massachusetts, between January 8, 2012 and January 20, 2012.

The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

Susan G. Kellman

cc: Lan Nguyen, Esq.
Asst. United States Atty.

Erin Rodriguez, PTS

Larry Carr