*Law Offices of*
*Susan G. Kellman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

**FILED**
IN CLERK'S
U.S DISTRICT COURT
★ JAN 23 2012
BROOKLYN OFFICE

Telephone: (718) 783-8200
Telefax: (718) 783-8226

*Fellow, American College*
*Of Trial Lawyers*

e-mail: kellmanesq@aol.com

January 19, 2012

**By Facsimile: (718) 616-2386**
**and ECF and Regular Mail**
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.*
*So ordered.*
s/ ARR , USDJ
1/20/12

Re:  U.S. v. Larry Carr
     11 Cr. 454 (ARR)

Dear Judge Ross:

Counsel writes to respectfully request a further modification of Mr. Carr's bail conditions which would permit him to work in Florida during the month of February. Mr. Carr has provided counsel with copies of his contracts to work in two different cities in Florida, specifically, Lake Wales and Venice, during this month. As Your Honor knows, Mr. Carr is about to undergo a psycho-neurological evaluation, and counsel is doing everything possible to expedite the evaluation, recognizing that the completion of such an evaluation is critical to the progress of this case. We will be careful not to allow Mr. Carr's travel to interfere with the progress of Dr. Yates' evaluation.

I have discussed Mr. Carr's travel request with PTS Officer Erin Rodriguez and AUSA Lan Nguyen and neither has an objection. I have told Mr. Carr that should Your Honor grant his request to travel, he would continue to be required to keep in telephone contact with PTS Officer Rodriguez during this period of time. Officer Rodriguez has confirmed that Mr. Carr has been compliant with his conditions of release and has kept in regular contact with PTS.

Accordingly, counsel respectfully requests that Your Honor modify Mr. Carr's bail conditions to permit him to travel from his home in Georgia, to Florida on February 1, 2012, returning on March 1, 2012.

The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: Lan Nguyen, Esq.
Asst. United States Atty.

Erin Rodriguez, PTS

Larry Carr