

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LXN
F#2009R01981

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 28, 2012

By ECF & Federal Express

Susan Kellman, Esq.
25 Eighth Avenue
Brooklyn, New York 11217

  Re: United States v. Carr
     Criminal Docket No. 11-454 (ARR)

Dear Ms. Kellman:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery for defendant Lawrence Carr with respect to the above-captioned case.  Any additional discovery will be provided to you as it becomes available.  The government hereby also requests reciprocal discovery.

  Enclosed please find the following:

  (1) Documents (LC 111-116) and one CD containing recorded conversations (LC A 1), which were referenced in a report (LC 8-15) previously produced on August 24, 2011;

  (2) Redacted report containing the defendant's statements (LC 117);

  (3) Documents (LC 118-119) referenced in a report (LC 16-26) previously produced on August 24, 2011, and

  (4) Electronic copies of bank records (LC 120-451);

2

  If you have any questions or further requests, please do not hesitate to contact me.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York


     By: /s/ Lan Nguyen
        Lan Nguyen
        Assistant U.S. Attorney
        (718) 254-6162

Enclosures

CC: Clerk of Court (ARR) (w/out enclosures)