*Law Office of*
*Susan G. Kellman*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

*Telephone: (718) 783-8200*　　　　　　　　　　　　　*Fellow, American College*
*Telefax: (718) 782-8226*　　　　　　　　　　　　　　　*Of Trial Layers*

e-mail: kellmanesq@aol.com

July 5, 2012

**Via ECF and**
**Fax: (718) 613-2386**
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　　　　　　　　　　Re:　U.S. v. Larry Carr
　　　　　　　　　　　　　　　　　　　11 Cr. 454 (ARR)

Dear Judge Ross:

　　　This letter is sent to confirm that the above-referenced matter has been adjourned *sine die* in light of Mr. Carr's ill health and the desire of the parties to resolve this case short of trial.

　　　I have discussed this adjournment with Mr. Carr, who consents to the adjournment and is prepared to waive any speedy trial calculation pending the completion of our discussions with government counsel.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*Susan G. Kellman*

　　　　　　　　　　　　　　　　Susan G. Kellman

cc:　Lan Nguyen, Esq.
　　　Asst. United States Attorney

　　　Larry Carr