*Law Office of*
*Susan G. Kellman*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

*Telephone: (718) 783-8200*　　　　　　　　　　　　　　*Fellow, American College*
*Telefax: (718) 782-8226*　　　　　　　　　　　　　　　　*Of Trial Layers*

e-mail: kellmanesq@aol.com

August 14, 2012

**Via ECF and**
**Fax: (718) 613-2386**
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　　　　　　　　　　　　Re:　U.S. v. Larry Carr
　　　　　　　　　　　　　　　　　　　　　11 Cr. 454 (ARR)

Dear Judge Ross:

　　　This letter is sent to request that the above-referenced matter be adjourned until September 13, 2012. It is counsel's understanding that all medical testing/evaluating has been completed, however, as of this writing counsel has not received the materials which are *en route* from Georgia. It is counsel's hope/expectation that the parties will resolve this case, short of trial, before that date.

　　　I have discussed this adjournment with Mr. Carr, who consents and waives any speedy trial calculation pending the completion of our discussions with government counsel. I have also discussed this further adjournment with AUSA Nguyen, who similarly has no objection.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Susan G. Kellman*

　　　　　　　　　　　　　　　　　　Susan G. Kellman

cc:　Lan Nguyen, Esq.
　　　Asst. United States Attorney

　　　Larry Carr